IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-CR-00545-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) AMENDED ORDER GRANTING |
| | ) DEFENDANT'S EMERGENCY |
| | ) MOTION FOR TEMPORARY |
| v. | ) RELEASE ON CONDITIONS |
| | ) |
| | ) |
| JAMES KEITH BRYANT | ) |

This matter comes before the Court on the motion of Defendant James Keith Bryant pursuant to 18 U.S.C. § 3145(b), to temporarily amend the detention order entered on 2 March 2021 to permit Mr. Bryant to attend his late brother's memorial service on 23 August 2021. The United States takes no position on the motion. The Court finds, by clear and convincing evidence, that Mr. Bryant is not likely to flee or pose a danger to any other person or the community if he is released temporarily to attend the memorial service. The Court further finds that Mr. Bryant has shown an exceptional reason warranting temporary release from detention. Therefore, the Court orders as follows:

1. That Mr. Bryant be released from Piedmont Regional Jail at 8:00 a.m. on 23 August 2021 to the custody of his wife, Stephanie Ross;

2. That Mr. Bryant return to Piedmont Regional Jail no later than 9:00 p.m. on 23 August 2021;

3. That while on release, Mr. Bryant remain at all times in the custody of his wife, Stephanie Ross, who will supervise Mr. Bryant during his temporary release;

4. That while on release, Mr. Bryant shall attend the memorial service of his brother, Nelson Ross, on 23 August 2021 at 2:00 p.m. at Cape Fear Conference Headquarters in Raeford, shall travel to and from the service, and shall not visit any other location or engage in any other activities; and

5. That while on release, Mr. Bryant shall have no contact, directly or indirectly, with any person who may be a victim or witness in this matter; shall not possess a firearm, destructive device, or other weapon; and shall not use or possess a controlled substance.

This the 20 day of August, 2021.

_A. Dever_
JAMES C. DEVER III
United States District Judge

2