IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-545-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| JAMES KEITH BRYANT, ) | |
| ) | |
| Defendant.   ) | |

Because defendant is represented by counsel, his pro se motions for pretrial release [D.E. 54, 55, 56, 59] and his pro se motion to suppress [D.E. 58] are DISMISSED. Defendant's attorney SHALL consult with the government and submit proposed trial dates.

SO ORDERED. This 20 day of June, 2022.

JAMES C. DEVER III
United States District Judge