IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-545-D

| UNITED STATES OF AMERICA | ) |   |
|---|---|---|
|   | ) |   |
| v. | ) | **ORDER** |
|   | ) |   |
| JAMES KEITH BRYANT, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

The United States SHALL respond to defendant's motion to enforce amended judgment [D.E. 123] not later than September 23, 2025.

SO ORDERED. This __3__ day of September, 2025.

JAMES C. DEVER III
United States District Judge