IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-545-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES KEITH BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 126], the court DISMISSES WITHOUT PREJUDICE defendant's motion challenging his release date [D.E. 123].

SO ORDERED. This __10__ day of September, 2025.

JAMES C. DEVER III
United States District Judge