| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES KEITH BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's motion to correct [D.E. 128].

SO ORDERED. This __5__ day of May, 2026.

JAMES C. DEVER III
United States District Judge